UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:09CR504 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHN VALENTIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge William H. Baughman, Jr.'s Report and Recommendation that the Court ACCEPT Defendant John Valentin's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 12.)

On November 20, 2009, the government filed an Information against Defendant. (Doc. No. 1.) On December 2, 2009, this Court issued an order assigning this case to Magistrate Judge Baughman for the purpose of receiving Defendant's guilty plea. (Doc. No. 4.)

On December 16, 2009, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Information, charging him with Hobbs Act Conspiracy in violation of 18 U.S.C. Section 1951. Magistrate Judge Baughman received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 12.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 1951. The sentencing is scheduled for May 4, 2012 at 1:00 p.m.

**IT IS SO ORDERED**.

Dated: April 11, 2012

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**